UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
KRISTA J. MARTIN,                    )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )    CA NO. _____
                                     )
JUNAS RAVLIN, LLC, and               )
NICOLE JUNAS RAVLIN,                 )
                                     )
_____)

## JUNAS RAVLIN LLC'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1, Junas Ravlin LLC ("Junas Ravlin") makes the following disclosures:

1) Junas Ravlin LLC is not publicly traded and no publicly held corporation owns 10% or more of Junas Ravlin's stock. Junas Ravlin LLC has two members, Defendant Nicole Junas Ravlin and Antonia Hinge, and both members are citizens of Vermont.

2) Junas Ravlin LLC is a Vermont limited liability company with a principal place of business in Charlotte, Vermont.

                                              JUNAS RAVLIN, LLC and
                                              NICOLE JUNAS RAVLIN

                                              By their attorneys,
                                              */s/ David A. Michel*
                                              David A. Michel BBO#682122
                                              Eyal Schwartz BBO#713644
                                              SHERIN AND LODGEN LLP
                                              One Lincoln Street, 14th Floor
                                              Boston, Massachusetts 02110
                                              617.646.2000
                                              damichel@sherin.com

Dated: August 13, 2025                  eschwartz@sherin.com

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated: August 13, 2025            */s/ David A. Michel*
                                  David A. Michel