UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTA J. MARTIN,<br>   Plaintiff, | )<br>)<br>) |
| v. | )  CA 1:25-cv-12270-DJC<br>) |
| JUNAS RAVLIN, LLC and<br>NICOLE JUNAS RAVLIN | )<br>)<br>) |
|    Defendants. | ) |

TO: ROBERT M. FARRELL, CLERK OF COURTS
   UNITED STATES DISTRICT COURT
   DISTRICT OF MASSACHUSETTS

Please enter the default of defendants Junas Ravlin, LLC and Nicole Junas Ravlin, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action, as fully appears from the court file herein and from the attached declaration of Katherine Fergus.

A Proposed Certificate of Default accompanies this request.

Dated: August 26, 2025.

             Respectfully Submitted,
             KRISTA J. MARTIN
             By her attorneys,

             */s/ Katherine Y. Fergus*

             _____
             Katherine Y. Fergus (BBO# 637989)
             kfergus@sprucelawllc.com
             Eluvayt Law d/b/a Spruce Law
             35 New England Business Center Drive
             Suite 220
             Andover, MA  01810
             (978) 296-3030 (tel)

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on August 26, 2025.

/s/ Katherine Young Fergus
Katherine Young Fergus